STATE of Missouri, Respondent,

v.

John KRETZER, Appellant.

John KRETZER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47450, WD 49296.

Missouri Court of Appeals,
Western District.

Dec. 13, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of assault in the first degree and denial of Rule 29.15 motion. Rules 30.25(b) and 84.16(b).

Affirmed.

STATE of Missouri, Respondent,

v.

Ace D. CRAWFORD, Appellant.

Ace D. CRAWFORD, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47159, WD 49201.

Missouri Court of Appeals,
Western District.

Dec. 20, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of three counts of first degree robbery, section 569.020, RSMo 1986; and three counts of armed criminal action, section 571.015.1, RSMo 1986, and sentence of six consecutive ten year terms, and from denial of Rule 29.15 postconviction motion.

The convictions are affirmed, and the postconviction motion is remanded to the trial court for dismissal. Rules 30.25(b) and 84.16(b).